| | |
|---|---|
| 1 | **UNION PACIFIC RAILROAD COMPANY** |
| 2 | ADRIAN L. RANDOLPH, ESQ. (SBN: 133577) |
|   | DAVID M. PICKETT (SBN: 205436) |
| 3 | 10031 Foothills Blvd., Suite 200 |
|   | Roseville, CA 95747-7101 |
| 4 | General:    (916) 789-6400 |
|   | Direct:     (916) 789-6218 |
| 5 | Facsimile:  (916) 789-6227 |
| 6 | **RANDOLPH CREGGER & CHALFANT LLP** |
|   | MELISSA S. GREENIDGE, ESQ. (SBN: 272669) |
| 7 | 1030 G Street |
|   | Sacramento, CA 95814 |
| 8 | General:    (916) 443-4443 |
|   | Facsimile:  (916) 443-2124 |
| 9 | Attorneys for Plaintiff |
| 10 | **UNION PACIFIC RAILROAD COMPANY** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | Case No.: 2:12-CV-02692-TLN-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| YREKA WESTERN RAILROAD COMPANY, and Does 1 to 20, inclusive, | |
| Defendants. | |

**TO THE COURT:**

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The parties have met and conferred, and agree for Plaintiff, Union Pacific Railroad Company ("Union Pacific"), to file a First Amended Complaint ("FAC").

2. Should this Court approve this stipulation, the parties agree that Defendants Yreka Western Railroad Company and Courter Hammond shall have

1  30 days from the date of the order approving the stipulation to file a responsive
2  pleading.
3     3. Should the Court approve this stipulation, the parties agree that the
4  hearing on Union Pacific's Motion for Leave to Amend the Complaint, currently
5  set for July 25, 2013, shall be vacated as moot.
6  IT IS SO STIPULATED.

Dated:  June 26, 2013                    RANDOLPH CREGGER & CHALFANT LLP


                                         By:     /s/
                                             MELISSA S. GREENIDGE, ESQ.
                                             Attorneys for Plaintiff
                                             UNION PACIFIC RAILROAD CO.


Dated:  June 26, 2013                    DAVID N. CHANDLER, P.C.


                                         By:     /s/
                                             DAVID N. CHANDLER, JR., ESQ.
                                             Attorneys for Defendant
                                             YREKA WESTERN RAILROAD
                                             COMPANY

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have 10 days from the date of this order to file its Amended Complaint;

2. Defendants shall have 30 days to respond to the Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure;

3. The July 25, 2013, hearing on Plaintiff's Motion For Leave to Amend the Complaint shall be vacated as moot.

IT IS SO ORDERED.

Dated: July 5, 2013

Troy L. Nunley
United States District Judge