1  **UNION PACIFIC RAILROAD COMPANY**
2  ADRIAN L. RANDOLPH, ESQ. (SBN: 133577)
   DAVID M. PICKETT (SBN: 205436)
3  10031 Foothills Blvd., Suite 200
   Roseville, CA 95747-7101
4  General:     (916) 789-6400
   Direct:      (916) 789-6218
5  Facsimile:   (916) 789-6227

6  **RANDOLPH CREGGER & CHALFANT LLP**
   MELISSA S. GREENIDGE, ESQ. (SBN: 272669)
7  1030 G Street
   Sacramento, CA 95814
8  General:     (916) 443-4443
   Facsimile:   (916) 443-2124

9  Attorneys for Plaintiff
   **UNION PACIFIC RAILROAD COMPANY**
10

11              UNITED STATES DISTRICT COURT

12        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

13

| | |
|---|---|
| 14  UNION PACIFIC RAILROAD COMPANY, | Case No.: 2:12-CV-02692-TLN-GGH |
| 15        Plaintiff, | **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |
| 16        v. | |
| 17  YREKA WESTERN RAILROAD COMPANY, and Does 1 to 20, inclusive, | |
| 18        Defendants. | |

22  **TO THE COURT:**

23        THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF
24  RECORD, HEREBY STIPULATE AS FOLLOWS:
25        1. The parties have met and conferred, and agree for Plaintiff, Union Pacific
26  Railroad Company ("Union Pacific"), to file a First Amended Complaint ("FAC").
27        2. Should this Court approve this stipulation, the parties agree that
28  Defendants Yreka Western Railroad Company and Courter Hammond shall have

1. 30 days from the date of the order approving the stipulation to file a responsive pleading.

2. 

3. Should the Court approve this stipulation, the parties agree that the hearing on Union Pacific's Motion for Leave to Amend the Complaint, currently set for July 25, 2013, shall be vacated as moot.

IT IS SO STIPULATED.

Dated:  June 26, 2013            RANDOLPH CREGGER & CHALFANT LLP


By:   _____/s/_____
   MELISSA S. GREENIDGE, ESQ.
   Attorneys for Plaintiff
   UNION PACIFIC RAILROAD CO.


Dated:  June 26, 2013            DAVID N. CHANDLER, P.C.


By:   _____/s/_____
   DAVID N. CHANDLER, JR., ESQ.
   Attorneys for Defendant
   YREKA WESTERN RAILROAD
   COMPANY

-2-
STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have 10 days from the date of this order to file its Amended Complaint;

2. Defendants shall have 30 days to respond to the Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure;

3. The July 25, 2013, hearing on Plaintiff's Motion For Leave to Amend the Complaint shall be vacated as moot.

IT IS SO ORDERED.

Dated:  July 5, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT