**UNION PACIFIC RAILROAD COMPANY**
BRIAN W. PLUMMER, ESQ. (SBN: 240210)
DAVID M. PICKETT (SBN: 205436)
10031 Foothills Blvd., Suite 200
Roseville, CA 95747-7101
General:    (916) 789-6400
Direct:     (916) 789-6218
Facsimile:  (916) 789-6227

**RANDOLPH CREGGER & CHALFANT LLP**
MELISSA S. GREENIDGE, ESQ. (SBN: 272669)
1030 G Street
Sacramento, CA 95814
General:    (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Plaintiff
**UNION PACIFIC RAILROAD COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>YREKA WESTERN RAILROAD COMPANY, COURTER R. HAMMOND, and Does 1 to 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: 2:12-CV-02692-TLN-EFB<br><br>**ORDER FOR RETURN OF RAIL CARS TO PLAINTIFF UNION PACIFIC RAILROAD COMPANY** |

Having read and considered the stipulation between Plaintiff UNION PACIFIC RAILROAD COMPANY ("Union Pacific") and Defendant YREKA WESTERN RAILROAD COMPANY ("Yreka Western") filed on September 26, 2013, IT IS ORDERED THAT:

1. The rail cars at issue in the present case will be returned to Union Pacific, with both parties adhering to all applicable Federal Railroad Administration regulations.

2. With respect to the eight (8) rail cars located on Yreka Western's short line in Montague, California, Union Pacific may retrieve them forthwith following the present signed order.

3. With respect to the remaining Union Pacific rail cars located on Yreka Western's short line in Yreka, California, Defendant will move all Union Pacific rail cars to the Central Oregon & Pacific Railroad Company ("CORP") interchange no later than thirty (30) days from execution of the signed stipulation between the parties.

4. With respect to the two Union Pacific rail cars located on the Timber Products spur track, Defendant will, along with the cars referenced in paragraph 3 above, move the two cars to the CORP interchange no later than thirty (30) days from execution of the signed stipulation between the parties.

5. All rail cars moved to the CORP by Yreka Western will be considered to be in the possession and control of Union Pacific immediately upon their placement on the CORP interchange.

6. Union Pacific will bear the costs of all interchange and switching fees, payable to the CORP.

7. Following Union Pacific's possession of all rail cars at issue in the present case, the parties will execute a mutual dismissal with prejudice of all civil claims in the present case, Case No.: 2:12-CV-02692-TLN-EFB. The parties will, within sixty (60) days of the present signed stipulation, file a dismissal with the Court.

8. All depositions and motions currently on calendar will be continued pending a final dismissal of the present case. Each party reserves the right to re-schedule any depositions or motions, to the extent allowed by this Court, should

1 any of the above-stipulated items not be followed.

2     IT IS SO ORDERED.

Dated: October 9, 2013

                                     Troy L. Nunley
                                     United States District Judge